IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES B. MITCHELL;
JASON M. FEDELE; and
TIFFNEY R. FEDELE                                                               PLAINTIFFS

      v.                                           CIVIL NO. 14-5176

JANET L. PLOUDRE; GRANT EDWARDS;
RONALD SCAMARDO; BETH PHILLIPS;
UNKNOWN U.S. MARSHALS; and
UNITED STATES OF AMERICA                                                        DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Currently before the undersigned is the Plaintiff's Motion for Leave to Appeal In Forma Pauperis (IFP). (Doc. 86). On November 19, 2014, United States District Judge Timothy L. Brooks granted the motions to dismiss of Separate Defendants Conner Eldridge, Kyra E. Jenner, Tracy A. Triplett, Christopher Plumlee, Kenneth Elser, Deborah F. Groom, and Candace L. Taylor. (Doc. 63). On January 8, 2015, Judge Brooks denied Plaintiff James B. Mitchell's and Jason M. Fedele's separate motions to reconsider the Court's November 19, 2014, Order. (Tr. 77). On February 2, 2015, Plaintiff Jason M. Fedele filed a notice of interlocutory appeal. (Doc. 84).

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). As was discussed in detail in the November 19, 2014 Order, Separate Defendants Conner Eldridge, Kyra E. Jenner, Tracy A. Triplett, Christopher Plumlee, Kenneth Elser, Deborah F. Groom, and Candace L. Taylor, are immune from suit. Accordingly, any appeal would not be taken in good faith.

AO72A
(Rev. 8/82)

The undersigned therefore recommends that the Motion for Leave to Appeal IFP (Doc. 86) be DENIED.  Plaintiff may, of course, renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit. <u>See</u> Fed. R. App. P. 24(a)(5).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 2nd day of March, 2015.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE