IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES B. MITCHELL;
JASON M. FEDELE; and
TIFFNEY R. FEDELE                                                              PLAINTIFFS

     v.                              CIVIL NO. 14-5176

JANET L. PLOUDRE; GRANT EDWARDS;
RONALD SCAMARDO; BETH PHILLIPS;
UNKNOWN U.S. MARSHALS; and
UNITED STATES OF AMERICA                                                       DEFENDANTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Currently before the undersigned is the Plaintiff's Motion for Leave to Appeal In Forma Pauperis (IFP). (Doc. 111). Plaintiff's previous appeal was dismissed for lack of jurisdiction as premature. (Doc. 108.) A final judgment was entered on July 24, 2015, dismissing Plaintiff's case with prejudice (Doc. 103), and Plaintiff has now filed a notice of appeal from that judgment and the rulings forming the basis for it.

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). For the reasons discussed in detail in addressing the merits of Plaintiff's claims in the orders entered on November 19, 2014 (Doc. 63), July 17, 2015 (Doc. 98), and July 24, 2015 (Doc. 102), any appeal would not be taken in good faith.

The undersigned therefore recommends that the Motion for Leave to Appeal IFP (Doc. 111) be DENIED. Plaintiff may, of course, renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit. See Fed. R. App. P. 24(a)(5).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED this 3rd day of November, 2015.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)