IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES B. MITCHELL; JASON M. FEDELE;
and TIFFNEY R. FEDELE                                                         PLAINTIFFS

V.                                    CASE NO.: 5:14-CV-5176

JANET L. PLOUDRE; GRANT EDWARDS;
RONALD SCAMARDO; BETH PHILLIPS;
UNKNOWN U.S. MARSHALS; and
UNITED STATES OF AMERICA                                                      DEFENDANTS

ORDER

Comes on for consideration the Report and Recommendation (Doc. 112) filed in this case on November 3, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion for Leave to Appeal *in forma pauperis* (Doc. 111) and Plaintiff's Amended Document (Doc. 118, signed copy) are **DENIED.**

IT IS SO ORDERED on this 8th day of January, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE